JACKSON et al. v. BINNICKER, Appellant.

Division Two, December 23, 1903.

Appellate Jurisdiction: AMOUNT IN DISPUTE. Where plaintiff recovers judgment for the sum of $678.75, the answer to the petition being a general denial, an appeal by defendant is to the proper Court of Appeals.

Appeal from Buchanan Circuit Court.—*Hon. W. K. James,* Judge.

TRANSFERRED TO KANSAS CITY COURT OF APPEALS.

*Grant S. Watkins* for appellant

*Nichols, Pistole & Neville* for respondents.

BURGESS, J.—On the 9th day of November, 1900, plaintiff Bishop recovered a judgment in the circuit court of Buchanan county against the defendant for the sum of $678.65, and this is an appeal from that judgment.

The answer to the petition is a general denial.

It is therefore apparent that this court is without jurisdiction of this appeal, and the record is ordered to be transferred to the Kansas City Court of Appeals.

All of this Division concur.